**Wesley WARREN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 81140.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 13, 2003.

transaction alone.

Mary S. Choi, Assistant State Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Patrick Morgan, Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Wesley Warren appeals the denial of his Rule 29.15 motion without an evidentiary hearing.

The judgment of the motion court is based on findings of fact that are not clearly erroneous. No error of law appears. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).